UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DELANA BRANDON, Individually, and On Behalf of All Other Similarly Situated,

                                Plaintiff(s),

-against-

SENSIO, INC.

                                Defendant.
------------------------------------------------------------X

**SUBSTITUTION OF COUNSEL**

Civil Action No.
1:24-cv-02859-RA

      **IT IS HEREBY AGREED, CONSENTED AND STIPULATED** that the attorneys of record for Defendant SENSIO, INC., in the above captioned matter, DLA PIPER LLP (US), be substituted and changed for all intents and purposes to the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.

      **IT IS ALSO FURTHER STIPULATED AND AGREED** that a faxed/e-signature may be provided herein as if an original. This Substitution of Counsel may be executed in counterparts.

Dated: ~~June ___, 2024~~
        July 1, 2024

**DLA PIPER LLP (US)**

By: /s/ *Colleen M. Carey Gulliver*
Colleen M. Carey Gulliver, Esq.
*Outgoing Counsel for Defendant*
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Phone: (212) 335-4737
Fax: (917) 778-8037
Colleen.Gulliver@us.dlapiper.com

Dated:      June 20, 2024

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:

Raymond Perez, Esq.
*Substituting Counsel for Defendant*
1133 Westchester Avenue
White Plains, NY 10604
Phone: (917) 561-1196
Fax: (914) 323-7001
Raymond.Perez@wilsonelser.com

Dated: ~~June~~ July 1, 2024

By: s/

SENSIO INC.,

AS Gisaforto
CS, EVP OPS

**SO ORDERED:**

Hon. Ronnie Abrams
August 7, 2024