UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELANA BRANDON, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

SENSIO, INC.,

        Defendant.

24-CV-2859 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 19, 2024, the Court ordered the parties to submit a joint letter a week prior to the initial status conference. *See* Dkt. 5. To date, no joint letter has been filed. The initial status conference scheduled for August 30, 2024 is thus adjourned to September 6, 2024 at 11:30 a.m. The parties shall submit their joint letter no later than September 3, 2024.

SO ORDERED.

Dated:    August 29, 2024
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge