UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELANA BRANDON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SENSIO, INC.,<br><br>        Defendant. | No. 24-CV-2859 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As discussed at today's conference, Defendant shall have until October 7, 2024 to file a motion to dismiss or other responsive pleading. Plaintiff shall file a response no later than October 28, 2024, and Defendant shall file a reply no later than November 18, 2024.

  Additionally, a conference is set for November 22, 2024 at 12:00 p.m (Conference Number: 888-363-4749, Passcode: 1015508#). The parties shall submit a revised proposed case management plan no later than November 15, 2024. Defendant shall submit a letter motion to stay discovery pending adjudication of Defendant's motion to dismiss Plaintiff's First Amended Complaint no later than November 15, 2024. Plaintiff's response to Defendant's letter motion shall be filed no later than November 19, 2024.

SO ORDERED.

Dated: September 6, 2024
     New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge