**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DELANA BRANDON, individually and on behalf
of all others similarly situated,

                      Plaintiff,

       -against-                                  24 **CIVIL** 2859 (RA)

                                                  **<u>JUDGMENT</u>**

SENSIO, INC.,

                     Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 29, 2025, the motion to dismiss is granted with prejudice.

**Dated:** New York, New York

        May 30, 2025

                                                         **TAMMI M. HELLWIG**
                                                         _____
                                                            **Clerk of Court**

                                 **BY:**       *K. Mango*
                                                        _____
                                                            **Deputy Clerk**